ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  SACV 10-00758-CJC(ANx) |
| Plaintiff, | [PROPOSED] |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $9,392.04 IN BANK ACCOUNT FUNDS, ONE 2006 HUMMER H3, AND ONE 2008 MERCEDES-BENZ S550 | |
| Defendants. | |
| MAGDALENA ANNAN | |
| Claimant. | |

On or about June 4, 2010, plaintiff United States of America ("the United States") filed a Complaint for Forfeiture alleging that the defendants $9,392.04 in Bank Account Funds, One 2006

1  Hummer H3, and One 2008 Mercedes-Benz S550 (the "defendants")
2  were subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).
3      Claimant Magdalena Annan ("claimant") filed a claim to the
4  defendants on or about January 31, 2011.  No other parties have
5  appeared in this case and the time for filing claims and answers
6  has expired.
7      The United States and claimant have now agreed to settle
8  this action and to avoid further litigation by entering into this
9  Consent Judgment of Forfeiture.
10     The Court having been duly advised of and having considered
11 the matter, and based upon the mutual consent of the parties
12 hereto,
13     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
14     1.  This Court has jurisdiction over the subject matter of
15 this action and the parties to this Consent Judgment of
16 Forfeiture.
17     2.  The Complaint for Forfeiture states a claim for relief
18 pursuant to 21 U.S.C. § 881(a)(6).
19     3.  Notice of this action has been given as required by
20 law.  No appearances have been made in this case by any person
21 other than claimant.  The Court deems that all other potential
22 claimants admit the allegations of the Complaint for Forfeiture
23 to be true.
24     4.  Claimant shall pay $20,697.96 to the United States, by
25 wire transfer pursuant to instructions to be supplied.  The
26 defendant, $9,392.04 in bank account funds, plus the interest
27 earned by the United States on the entire sum since seizure,
28 shall be condemned and forfeited to the United States.  A

judgment of forfeiture is hereby entered in favor of the United States.  The custodian of the defendants is ordered to dispose of the funds forfeited to the United States plus all interest earned in accordance with law.  The remainder of the assets shall be returned to the claimant.

5. The assets are to be returned to claimant pursuant to paragraph 4 within sixty (60) days of the entry of this Consent Judgment of Forfeiture.

6. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant.

7. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. The Court further finds that claimant did not substantially prevail in this action, and each of the parties hereto shall bear their own attorney fees and costs.

9. The Court shall maintain jurisdiction in this case for

1 | the purpose of effectuating the terms of this Consent Judgment of
2 | Forfeiture.

DATED:_August 10, 2011

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

4

1     The parties hereto consent to the above Consent Judgment of
2 Forfeiture and waive any right of appeal.

3

4 DATED: August __, 2011    ANDRÉ BIROTTE JR.
    United States Attorney
5     ROBERT E. DUGDALE
    Assistant United States Attorney
6     Chief, Criminal Division
    STEVEN R. WELK
7     Assistant United States Attorney
    Chief, Asset Forfeiture Section
8

9     _____
    FRANK D. KORTUM
10     Assistant United States Attorney

11     Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12

13
DATED: August __, 2011
14

15     _____
    Mitchell B. Young, ESQ.
16
    Attorney for Claimant
17     MAGDALENA ANNAN

18

19 DATED: August ___, 2011

20     _____
    MAGDALENA ANNAN
21     Claimant

22

23

24

25

26

27

28